124 F.3d 187
 Robert Gruber, Theresa Penza, Glenwood Beer Distributors,
Inc., Beechwood, Industries, Inc., Ralph Genovese, Al
Chaney, Brian Miller, Representative Employee Plaintiffs,
Paramount Lists, Inc., Representative Employer
v.
Hubbard, Bert, Karle, Weber, Inc., John Gordon, J. Patrick
Karle, Richard M. McClure, Ronald D. Maxwell, Timothy Mehl,
William M. Hilbert, J. Boyd Bert, Jr., C. John Weber, III,
Buckley Hubbard, Buckley Hubbard, III, Members of
 NO. 96-3277
 United States Court of Appeals,
Third Circuit.
 July 18, 1997
 
 1
 Appeal From: W.D.Pa. ,Nos.95cv00063E, 87cv00213E
 
 
 2
 Appeal Dismissed.